IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br><br>VS.<br><br>RONALD DAVID WADEN<br>　　Defendant. | CR. NO. 07-20270-Ma |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on April 1, 2008, the United States Attorney for this district, Stuart Canale, appearing for Dan Newsom on behalf of the Government and the defendant, Ronald David Waden, appearing in person and with counsel, Carrie Jourdan, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING in this case is SET for TUESDAY, JULY 1, 2008, at 9:00 a.m., in Courtroom No. 2, on the 11th floor before Judge Samuel H. Mays, Jr..**

Defendant to remain released on present bond.

**ENTERED** this the 1st day of April, 2008.

s/Samuel H. Mays, Jr.
**UNITED STATES DISTRICT JUDGE**